# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KATHRYN M. O'HAVER  
304 CHURCH STREET  
ORANGEVILLE, IL  61060

SSN-xxx-xx-6878

Case Number: 05-74354

Case filed on: 8/25/2005  
Plan Confirmed on: 11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $27,532.87          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 2,554.00 | 2,554.00 | 2,554.00 | 0.00 |
|  | Total Legal | 2,554.00 | 2,554.00 | 2,554.00 | 0.00 |
| 002 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DITECH.COM | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GMAC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | GUYER & ENICHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KATHRYN M. O'HAVER | 0.00 | 0.00 | 0.68 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.68 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,376.61 | 1,110.65 | 1,110.65 | 370.82 |
| 003 | DITECH.SOM | 9,075.69 | 9,075.69 | 9,075.69 | 0.00 |
| 006 | GREEN COUNTY TREASURER | 2,628.55 | 1,324.16 | 1,324.16 | 222.37 |
| 007 | OPTION ONE MORTGAGE CORPORATION | 9,005.15 | 2,877.65 | 2,877.65 | 0.00 |
| 009 | STEPHENSON COUNTY CLERK | 1,200.00 | 1,200.00 | 1,200.00 | 105.90 |
|  | Total Secured | 24,286.00 | 15,588.15 | 15,588.15 | 699.09 |
| 010 | ALL TEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FULBRIGHT & ASSOCIATES TRUST ACCOUNT PC | 6,533.45 | 6,533.45 | 6,533.45 | 286.89 |
| 013 | MUTUAL MANAGEMENT SERVICES | 112.50 | 112.50 | 112.50 | 4.96 |
| 015 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,645.95 | 6,645.95 | 6,645.95 | 291.85 |
|  | Grand Total: | 33,485.95 | 24,788.10 | 24,788.78 | 990.94 |

Total Paid Claimant:     $25,779.72  
Trustee Allowance:       $1,753.15  
Percent Paid Unsecured:       100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By   /s/Heather M. Fagan